IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS, | No. C 05-00948 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MARY ORAZEM, | |
| Defendant. / | |

    The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings.  Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

    The parties are directed to confer regarding reassignment and to file, on or before July 22, 2005, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas.  If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

    **IT IS SO ORDERED.**

Dated: July 12, 2005

                                               CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0948\Order 1.wpd