# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARY ORAZEM, an individual, and DONALD ORAZEM, an individual, dba EEL RIVER CAFE, et al.,<br><br>　　　　Defendants. | Case No. C-05-0948 NJV<br><br>ORDER |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>HOPKINS vs. ORAZEM, et al.</u>, Case Number C-05-0948 NJV, is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated: Sept. 12. 2005

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE